FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0067

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0067

DIANE WENGER,
      Petitioner and Appellant,

vs.

**ORDER**

STATE FARM MUTAL
AUTOMOBILE INSURANCE
COMPANY,
      Respondent and Appellee.

The COURT, having reviewed Appellant's Notice of Filing at District Court

and Unopposed Motion to Extend Deadline for Appellant's Initial Brief, and

GOOD CAUSE APPEARING, hereby ORDERS that the deadline for filing

Appellant's Initial Brief shall be 30 days after this Court's receipt of the certified

supplemental record from the district court.

Dated this __ day of _____, 2020.

_____
JUSTICE, MONTANA SUPREME COURT

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020